IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VALENTIN REYES,

      Plaintiff,
v.                                            CASE NO. 5:11-cv-404-RS-CJK

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 17). No objections have been filed. The Report and Recommendation was returned as undelivered (Doc. 18); however, it is Plaintiff's responsibility to update his address with the Court. Therefore,

    **IT IS ORDERED:**

        1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

        2.    The case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        3.    The clerk is directed to close the file.

**ORDERED** on February 26, 2013.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**